UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND K. PIERCE, by and through his Guardian ad Litem, ROBERT C. SHAW,<br><br>        Plaintiff,<br><br>    v.<br><br>CARMICHAEL CARE, INC., a California corporation, dba ROSEWOOD TERRACE CARE & REHABILITATION; NORTH AMERICAN HEALTHCARE, INC., a California corporation; JOHN SORENSEN, an individual; MARIA G. CASAREZ, individually and dba MARIA'S BOARD & CARE and/or COMMUNITY ROOM & BOARD, RX STAFFING AND HOME CARE, INC. and DOES 1 through 50, inclusive,<br><br>        Defendants. | No.  2:15-cv-00398 JAM AC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND AND DEFENDANT RX'S MOTION TO REMAND** |

   The Court having considered Plaintiff's Motion to Remand, Defendant RX's Motion to Remand, the materials filed along with these motions, and Defendants Carmichael Care, Inc. and North American Health Care, Inc.'s response to the motions, and good

cause appearing therefor,

 IT IS HEREBY ORDERED that the Motions are granted.

 IT IS FURTHER ORDERED that this action be immediately remanded to the Superior Court for the County of Sacramento.

 IT IS SO ORDERED.

Dated: April 30, 2015

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE